408 A.2d 540

Commonwealth v. Charles Smith, Appellant.

Submitted December 8, 1978. John V. Doughten, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.

408 A.2d 541

Commonwealth v. Thomas, Appellant.
Petition for Allowance of Appeal Denied Sept. 18, 1979.

Submitted September 15, 1978. Robert M. Davison, for appellant; James Narlesky, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.